STATE OF NEW JERSEY v. CURTIS K. MOORE.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. WILLIAMS.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CASIMIR GURSKY.

October 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL FLYNN.

October 6, 1987.

Petition for certification denied.